**UNITED STATES of America,**

v.

**John Harold MOORE, d/b/a Ace Novelty Machine Company, Claimant.**

**UNITED STATES of America, v. CLUB OF THE LOYAL ORDER OF THE MOOSE, MACON LODGE NO. 1455, Inc., OF MACON, GEORGIA, Claimant (two cases).**

**UNITED STATES of America, v. Joseph N. NEEL, Jr., Post No. 3, American Legion, Department of Georgia, Inc., Macon, Georgia, Claimant.**

**UNITED STATES of America, v. LOYAL ORDER OF THE MOOSE, HAWKINSVILLE LODGE NO. 1341, HAWKINSVILLE, GEORGIA, Claimant.**

Nos. 14582–14586.

United States Court of Appeals Fifth Circuit.

Jan. 15, 1954.

Jack J. Gautier, U. S. Atty., Frank O. Evans, U. S. Atty., J. Sewell Elliott, Asst. U. S. Atty., Macon, Ga., for appellant.

Clinton J. Morgan, Rome, Ga., M. Neil Andrews, Atlanta, Ga., for Moore.

Denmark Groover, Jr., Macon, Ga., Bloch, Hall, Groover & Hawkins, Macon, Ga., of counsel, for Club of Loyal Order of Moose and others.

Before HUTCHESON, Chief Judge, and RUSSELL and RIVES, Circuit Judges.

PER CURIAM.

Upon the authority of United States v. Five Gambling Devices, Labeled in Part "Mills" and Bearing Serial Nos. 593–221 etc. (United States v. Denmark and United States v. Braun), 346 U.S. 441, 74 S.Ct. 190, the judgments in the above styled and numbered cases are affirmed. 119 F.Supp. 641, 647, 649.

---

**Morris J. MEYER, Petitioner**

v.

**UNITED STATES of America and Ezra Taft Benson, Secretary of Agriculture of the United States, Respondents.**

No. 10892.

United States Court of Appeals Seventh Circuit.

March 8, 1954.

Writ of Certiorari Denied

June 7, 1954.

See 74 S.Ct. 872.

John J. Toohey, Chicago, Ill., for petitioner.

J. Stephen Doyle, Jr., Sp. Asst. to Atty. Gen., Neil Brooks, Associate Sol., Donald A. Campbell, Atty., U. S. Department of Agriculture, Washington, D. C., Gilbert A. Horn, U. S. Department of Agriculture, Chicago, Ill., for respondent.

Before DUFFY, LINDLEY and SWAIM, Circuit Judges.

PER CURIAM.

Petitioner seeks a review of an order of the Judicial Officer of the U. S. Department of Agriculture acting for the Secretary of Agriculture, suspending petitioner's registration under the Packers and Stockyards Act, 7 U.S.C.A. § 181 et seq., as a dealer in livestock in the Union Stockyards, Chicago, Illinois.

The issues here involved are identical to those decided by this court in Cella v. United States of America, 7 Cir., 208 F. 2d 783. Based upon the authority of our decision in the Cella case, the order herein of the Judicial Officer, acting for the Secretary of Agriculture, is

Affirmed.